# EXHIBIT 1



# Superior Court of the District of Columbia
**CIVIL DIVISION**
Small Claims and Conciliation Branch
Building B, 510 4th Street, N.W., Room 120
Washington, D.C. 20001
Telephone (202) 879-1120



## ALIAS NOTICE OF STATEMENT OF CLAIM
(Re-issued Notice of Hearing)

**TRACY FERGUSON**
<u>_____</u>
Plaintiff

RECEIVED
Office of the PMG

vs.                    Case No. **2019 SC3 003022**

**US POSTAL SERVICE**
<u>_____</u>
Defendant

U.S. POSTAL SERVICE
MAY 21 2019
RECEIVED BY THE OFFICE OF THE GENERAL COUNSEL

You are hereby notified that pursuant to the attached Statement of Claim, the plaintiff has made a claim and is requesting a judgment against you in the sum of

Three Thousand ---------------------------------------------------------- 00/100 dollars

($3,000.00).      The court will hold a hearing upon this claim on **June 13, 2019**

at 9:00 a.m. in the Small Claims and Conciliation Courtroom, Bldg. B, Room 119, 510 4th Street

N.W., Washington, D.C. 20001

_____
Deputy Clerk, Carolyn Charles
Small Claims and Conciliation Branch

To: **US POSTAL SERVICE**

| | |
|---|---|
| POSTMASTER GENERAL, | |
| (1.) MEGAN J. BREBNNAN | (2.) _____ |
| Defendant | Defendant |
| 470 LAFANT PLAZA SE NUMBER 604 | |
| Address | Address |
| WASHINGTON, DC 20024 | |
| City/State | City/State |
| ☐ Home   ☒ Business | ☐ Home   ☐ Business |

All Parties must notify the court of any address changes.

**BRING THIS NOTICE WITH YOU AT ALL TIMES.**

RECEIVED
MAY 21 2019
LAW DEPARTMENT
SCANSOC

Attachment: Statement of Claim

**SUPERIOR COURT OF THE DISTRICT OF COLUMBIA**
Civil Division — Small Claims and Conciliation Branch
510 4th Street, N.W., Court Building B, Room 120, Washington, D.C. 20001
Telephone Number (202) ###-#### Website: www.dccourts.gov

FILED
APR 2~ 20
Clerk
Superior Court
of the District of Columbia
Small Claims Branch

Case No.: ~~US Postal Service~~ 2019 SC3 3022

Plaintiff: Tracy Ferguson
Address: 711 Lisle Dr.
Mitchellville MD 20721
Phone No: 240 338 4802

Defendant(s): US Postal Service ~~Injury Compensation Dept.~~
~~900 Brentwood Rd NE~~
~~Washington DC 20066~~

**STATEMENT OF CLAIM**

The US Postal Service has not properly paid back my money from my health Insurance. US Postal Service has taken $900.00 from me and holding it for years. Sometimes giving a little at a time back.

DISTRICT OF COLUMBIA, ss: Tracy Ferguson being first duly sworn on oath says the foregoing is a just and true statement of the amount owing by the defendant to plaintiff, exclusive of all set-offs and just grounds of defense.

Plaintiff/Agent (Sign and Print Name): Tracy Ferguson
Address: 711 Lisle Dr.
Ms. Tracy Ferguson — Tracy Ferguson
City/State/Zip Code: Mitchellville MD 20721
Phone No: 240 338 4802

Subscribed and sworn to before me this 23 day of April, 2019.

(Clerk or Notary Public) Lawrence Valentine

Attorney for Plaintiff (Sign and Print Name):
Address: 
Bar No.: 
Phone No.: 
Zip Code:

**NOTICE** (All parties must notify the court of any address changes.)

To:
(1) ~~US Postal Service~~ ~~Injury Compensation Dept.~~ c/o Superintendent of Corporation
1100 4th St SW
Wash DC 20024
Address: ~~900 Brentwood Rd NE~~ ~~Washington DC 20066~~ Washington DC 20024
☐ Home   ☑ Business      ☐ Home   ☑ Business

You are hereby notified that Tracy Ferguson has made a claim and is requesting judgment against you in the sum of three thousand dollars ($3,000.00), as shown by the foregoing statement. The court will hold a hearing upon this claim on May 14, 2019 at 9:00 a.m. in the Small Claims and Conciliation Branch, 510 4th Street, N.W., Court Building B, Courtroom 119.

SEE REVERSE SIDE FOR COMPLETE INSTRUCTIONS. BRING THIS NOTICE WITH YOU AT ALL TIMES.

CV-(?)-6 2018                                                                                              Small Claims Form 11

## INSTRUCTIONS TO DEFENDANTS

**IMPORTANT:** IF YOU FAIL TO APPEAR AT THE TIME STATED OR AT ANY OTHER TIME THE COURT NOTIFIES YOU TO DO SO, A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE MONEY, DAMAGES OR OTHER RELIEF DEMANDED IN THE STATEMENT OF CLAIM. IF THIS OCCURS, YOUR WAGES OR BANK ACCOUNT MAY BE ATTACHED OR WITHHELD OR ANY PERSONAL PROPERTY OWNED BY YOU MAY BE TAKEN AND SOLD TO PAY THE JUDGMENT. **DO NOT FAIL TO APPEAR AT THE REQUIRED TIME.**

Before any case goes to trial in the Small Claims and Conciliation Branch, a trained mediator will meet with all parties to see if a settlement can be worked out. If all parties are present when your case is called, you and the plaintiff will be able to see a mediator and hopefully settle your dispute without having to go to trial.

You may come with or without a lawyer. The Statement of Claim indicates whether the plaintiff has a lawyer. If the plaintiff does have a lawyer and you wish to dispute the claim, it would be in your best interest to have your own lawyer.

If you wish to have legal advice and feel that you cannot afford to pay a fee to a lawyer, you may contact the Neighborhood Legal Services Program at (202) 269-5100, the DC Law Students in Court Program at (202) 638-4798, Legal Counsel for the Elderly at (202) 434-2170 or the Legal Aid Society at (202) 628-1161. If you need further help, come to Building B, 510 4th Street, N.W., Room 120, for more information concerning places where you may ask for such help. You may also consult the legal aid directory on www.lawhelp.org/dc. Act promptly.

If it is impossible for you to appear on the date of trial, attempt to contact the Plaintiff to arrange a new date. If parties agree on a date, notify the clerk of the Small Claims Branch of this court in person or by phone of the new date. If parties cannot agree, you may contact the clerk who will inform you regarding procedures. If you do not appear on the new date, a judgment may be entered against you.

Whenever corresponding with the Small Claims clerk's office by mail, please include your case number and your date to appear in court.

You are given the following additional instructions in the event that you intend to appear without a lawyer:

If you have witnesses, books, receipts, or other writings bearing on this claim, you should bring them with you at the time of the hearing.

If you wish to have witnesses summoned, see the clerk at once for assistance.

If you admit the claim but desire additional time to pay, you must come to the hearing in person and state the circumstances to the Court.

**PUEDE OBTENERSE COPIAS DE ESTE FORMULARIO EN ESPAÑOL EN EL TRIBUNAL SUPERIOR DEL DISTRITO DEL COLUMBIA, BUILDING B, 510 4TH STREET N.W., SALA 120.**

**YOU MAY OBTAIN A COPY OF THIS FORM IN SPANISH AT THE SUPERIOR COURT OF D.C. BUILDING B, 510 4TH STREET N.W., ROOM 120.**

My name is Tracy Ferguson, I am on Disability from the U.S. Postal Service. I ~~have~~ am being discriminated against because of my disability and have been taken advantage of with my health care cost. The Postal Service has taken extra money out of my disability check, for years. The amount is growing. It is over 3,000 dollars. I have contacted Compensation at the Postal Service and they gave me all kinds of

reason why the could not give my money back to me. In the beginning I was told, they would give the money back quarterly which is every three months. Compesation started giveing me the run around and told me they did not owe me any money, then after another year, they said they were getting a new computer system and they had to get trained on this system. I have spoken with a number of people ~~such~~ in compensation such as, Mrs. Monnie Preston, Mr. Sal Ricigliano

Mr. Volka's secretary, Mr. Loyld, and Mrs. Pat Burns about this matter. Please can you help me get my money back with intre

Thank You
Lucey Ferguson
h - 301 449 7151
C - 240 338 - 4802



# SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
## CIVIL DIVISION
### SMALL CLAIMS AND CONCILIATION BRANCH
### INFORMATION SHEET

Tracy Ferguson
Plaintiff

vs

US Postal Service
Defendant

Case No: _____

Date: 4-23-19

---

Name: (please print) Tracy Ferguson

Firm Name, if applicable

Telephone No: 240 338 4802    6 Digit Unified Bar No. ☐ 

Relationship to Lawsuit
☐ Attorney for Plaintiff
☑ Self (Pro Se)
☐ Other:

Do you need an interpreter for your case? ☐ Yes  ☑ No   If yes, what type:

AMOUNT IN CONTROVERSY: ☐ $1-$500   ☐ $500.01-$2,500   ☑ $2,500.01-$10,000

PENDING CASE(S) RELATED TO THE ACTION BEING FILED:
Case No: _____   Case No: _____

NATURE OF SUIT: (Check Appropriate Box(s))

**A. CONTRACTS** – a claim based on an agreement between parties made either orally or in writing

☐ Debt Suit            ☐ Breach of Warranty          ☐ Negotiable Instrument
☐ Personal Property    ☐ Loan                        ☐ Rent Due
☑ Unpaid Wages         ☐ Services Rendered           ☐ Security Deposit
☐ Breach of Contract   ☐ Home Improvement Contract   ☐ Oral

**B. PROPERTY TORTS** – a claim for an injury or wrong committed on the property of another

☐ Automobile           ☐ Conversion                  ☐ Shop Lifting
☐ Property Damage      ☐ Destruction of Property     ☐ Trespass

**C. PERSONAL TORT** – a claim for an injury or wrong committed on the person of another

☐ Assault and Battery  ☐ False Witness               ☐ Libel and Slander
☐ Automobile           ☐ Personal Injury             ☐ Negligence
☐ Harassment           ☐ Fraudulent Misrepresentation ☐ Slip and Fall

D. ☐ UNIFORM ARBITRATION ACT – an action based on an arbitration agreement

G. ☐ SUBROGATION – a claim filed by one person in the place of another

E. ☐ FOREIGN JUDGMENT- a judgment, decree or order filed from another jurisdiction

H. ☐ COLLECTION- a claim filed by a seller or lender to collect a consumer debt

F. ☐ MEDICAL MALPRACTICE – a claim against a healthcare provider for professional misconduct

Have you given notice of intention to file your lawsuit 90 days prior to filing? ☐ Yes   ☐ No

CV-3046/Rev. Dec. 2016